IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | * |
| PLAINTIFF, | * |
| v. | * CIVIL ACTION NO.: |
| | * 5:25-CV-00282-TES |
| MIKE KENDRICK and DAMARIO WILLIAMS, | * |
| DEFENDANTS. | * |

## DEFAULT JUDGMENT AGAINST DEFENDANT MIKE KENDRICK ONLY

### FINDINGS OF FACT

Plaintiff filed the above-styled action on July 3, 2025. This case is a declaratory judgment action regarding whether plaintiff owes liability coverage and a duty to defend Defendant Mike Kendrick under Auto-Owners policy number 80-423-958-19 for the claims asserted against him by Defendant Demario Williams in Civil Action Number 20-SCCV-091599 pending in the State Court of Bibb County.

Plaintiff effected service of the Summons and Complaint upon Defendant Mike Kendrick on July 9, 2025. The answer due date for Defendant Mike Kendrick was July 30, 2025, but Defendant Kendrick failed to file an answer or otherwise respond to plaintiff's complaint.

By failing to file an answer Mike Kendrick admitted the following allegations in the complaint:

-1-

    (1)    Defendant Mike Kendrick intentionally slammed Defendant Damario Williams head first into a solid structure located at Club Xavier aka of the Gold Room at Club Xavier, which is located at 4740 Pio Nono Avenue, Macon, Georgia;

    (2)    After slamming him head first into a solid structure, Defendant Mike Kendrick intentionally continued to assault and kick defendant Damario Williams as he lied motionless on the ground.

The subject Auto-Owners policy, which is attached as an exhibit to the complaint, provides as follows:

> "[Auto-Owners] will pay those sums that the insured becomes legally obligated to pay as damages because 'bodily injury' or 'property damage' to which this insurance applies. . . This insurance applies to 'bodily injury' and 'property damage' only if the 'bodily injury' and 'property damage' is caused by an 'occurrence.'"
> (Plaintiff's Complaint, Exhibit 1, Page 22)

The Auto Owners policy defines "occurrence" to mean an "accident." (Plaintiff's Complaint, ¶ 21). The Auto-Owners policy also contains an intentional act exclusion.

## CONCLUSIONS OF LAW

For an event to fall within the scope of the liability coverage provided by the policy of insurance issued by plaintiff, the event must constitute an "occurrence." The policy defines occurrence as an "accident." O.C.G.A. § 1-3-3(2) defines an

"accident" to mean "an event which takes place without one's foresight or expectation or design." Based upon the allegations admitted by Mike Kendrick by virtue of his default, the Court finds that defendant Mike Kendrick has admitted that the intentional conduct alleged against him did not constitute an occurrence within the meaning of Plaintiff's policy. Therefore, Plaintiff's policy does not provide liability coverage to Mike Kendrick.

Additionally, even if the conduct alleged against Mr. Kendrick did fall within the scope of the liability coverage provided by Plaintiff's policy, Mike Kendrick has admitted, by default, that he committed intentional acts against Defendant Damario Williams which caused injury to Mr. Williams. Therefore, the intentional act exclusion contained within the Auto-Owners policy also excludes coverage for Mr. Kendrick. For this additional reason, the Auto-Owners policy does not provide liability coverage for Mike Kendrick.

## JUDGMENT OF THE COURT

Based upon the foregoing, the Court enters a judgment against Defendant Mike Kendrick declaring: (1) there is no liability coverage available to Defendant Mike Kendrick under Auto-Owners policy number 80-423-958-19 to cover any liability imposed upon Mr. Kendrick in Civil Action Number 20-SCCV-091599 and (2) Auto-Owners has no obligation under its policy to

-3-

continue to provide a defense to Defendant Mike Kendrick in Civil Action Number 20-SCCV-091599.

So Ordered this __26__ day of __August__, 2025.

By the Court:

_____
Tilman E. Self, III, Judge
United States District Court
Middle District of Georgia

**ORDER PREPARED BY:**

J. Holder Smith, Jr.
YOUNG, THAGARD, HOFFMAN, LLP
P.O. Box 3007
Valdosta, GA 31604-3007
229-242-2520
229-242-5040 Fax
Email: jaysmith@youngthagard.com