IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

AUTO OWNERS INSURANCE COMPANY, *

Plaintiff, *

v. * Case No. 5:25-cv-00282-TES

DAMARIO WILLIAMS et al., *

Defendants. *

**J U D G M E N T**

Pursuant to this Court's Order dated August 11, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff. Plaintiff shall also recover costs of this action.

This 11th day of August, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk